IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARD & PARTY GIANT V, LTD., d/b/a CARD & PARTY GIANT, </br></br> Plaintiff, </br></br> -against- </br></br> RUBIE'S COSTUME COMPANY, INC. </br></br> Defendant. | Docket No.: 1:18-cv-07995(CRN)(YBK) |

### DEFENDANT'S MOTION FOR SANCTIONS
### PURSUANT TO FED.R.CIV.P. 11 AND 28 U.S.C. § 1927

Pursuant to Fed.R.Civ.P. 11 and/or 28 U.S.C. §1927, Defendant Rubie's Costume Company, Inc. ("Defendant") moves for sanctions. In support of this Motion for Sanctions, Defendant concurrently submits a Memorandum of Law in Support of Motion for Sanctions and the Declarations of Kevin Schlosser and Kathy Wetterhahn and attached exhibits.

Dated: June 6, 2019

By: */s/ Kevin Schlosser*
Kevin Schlosser, Esq. (admitted *pro hac vice*)
Lynn M. Brown, Esq. (admitted *pro hac vice*)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565
kschlosser@msek.com
lbrown@msek.com

Jordan A. Sigale, Esq. (ARDC No. 6210047)
Julie L. Langdon, Esq. (ARDC No. 6291722)
DUNLAP CODDING P.C.
225 West Washington Street, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 651-6744
jsigale@dunlap.codding.com
jlangdon@dunlap.codding.com

***Attorneys for Defendant Rubies Costume Co., Inc.***

## CERTIFICATE OF SERVICE

I, Kevin Schlosser, hereby certify that on the 6th day of June, 2019, I served the foregoing upon all counsel of record by electronically filing it with the Clerk of the Court of the United States District Court for the Northern District of Illinois, using the CM/ECF system.

                                                           /s/
                                              Kevin Schlosser

4262087