

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CARD & PARTY GIANT V, LTD., d/b/a/
CARD & PARTY GIANT,

                Plaintiff,

v.

RUBIE'S COSTUME COMPANY, INC.

                Defendant.

Case No. 1:18-cv-07995

Judge Charles R. Norgle

### ORDER

Before the Court is Defendant's motion for sanctions [36], submitted after Plaintiff filed its First Amended Complaint [21]. After Plaintiff submitted two supplemental pleadings pursuant to Rule 15(d) of the Federal Rules of Civil Procedure [41] [59], Defendant responded in part by submitting a supplemental memorandum of law in support of its motion for sanctions [61].

After reviewing these materials, the Court denies the motion for sanctions [36] at this time. The Court finds that the conduct here does not rise to the level requiring sanctions. Based on the material before it, including Plaintiff's supplemental pleadings, the Court cannot now find that this litigation involved an unreasonable inquiry or is frivolous. See Midlock v. Apple Vacations W., Inc., 406 F.3d 453 (7th Cir. 2005).

However, given that Plaintiff filed two supplemental briefings after Defendant's motion for sanctions, and has now filed a Second Amended Complaint [66], Plaintiff should proceed with care. If a party should believe sanctions appropriate in the future, counsel should file the motion expeditiously.

Defendant's motion for sanctions [36] is denied and Defendant's motion to dismiss for failure to state a claim [24] is denied as moot due to the filing of the Second Amended Complaint [66]. Defendant's operative motion to dismiss for failure to state a claim [74] remains under advisement.

        IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: January 14, 2020